IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:03CR3098 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CLARENCE EDWARD DUELL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a revocation hearing is set to commence at **12:30 p.m. on March 15, 2007** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated:  January 11, 2007.

BY THE COURT

s/David L. Piester
_____
David L. Piester
United States Magistrate Judge