IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3098 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CLARENCE EDWARD DUELL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's motion to continue hearing (filing 72) is granted.

(2)   Defendant Duell's revocation hearing is rescheduled to Thursday, May 24, 2007, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

May 14, 2007.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge