IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3098 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| CLARENCE EDWARD DUELL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's oral, unopposed motion to continue his revocation hearing for a period of 30-45 days is granted;

(2)   Counsel for both parties shall jointly contact the undersigned's judicial assistant, Kris Leininger, on Friday, May 25, 2007, to reschedule the hearing.

May 24, 2007.                               BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge